IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NBA PROPERTIES, INC., | |
| Plaintiff, | Case No. 24-cv-12574 |
| v. | **Judge Jorge L. Alonso** |
| SHIJIAZHUANG ZHIZE CLOTHING CO., LTD., et al., | **Magistrate Judge Young B. Kim** |
| Defendants. | |

**PLAINTIFF'S MOTION FOR ENTRY OF CONSENT JUDGMENT
AS TO DEFENDANT NO. 61**

Plaintiff NBA Properties, Inc. ("NBAP" or "Plaintiff") filed a Complaint against Defendant SZNW (Defendant No. 61) (the "Defendant") on December 6, 2024. Plaintiff and Defendant have resolved all claims arising from the allegations in the Complaint and have agreed to entry of the proposed Consent Judgment. Plaintiff now moves this Honorable Court for the entry of a Consent Judgment as to Defendant SZNW (Defendant No. 61). A copy of the proposed Consent Judgment has been submitted Proposed_Order_Alonso@ilnd.uscourts.gov.

1

2

Dated this 20th day of February 2025.	Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
200 W. Madison St. Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
khalpern@gbc.law

*Attorneys for Plaintiff NBA Properties, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of February 2025 I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
200 W. Madison St. Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
khalpern@gbc.law

*Attorneys for Plaintiff NBA Properties, Inc.*